UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHICAGO RABBINICAL COUNCIL, INC. | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 23-cv-00589 |
| T.J. BLACKBURN SYRUP WORKS, INC., | ) ) Judge Maria Valdez |
| Defendant. | ) ) |

**UNOPPOSED MOTION TO MODIFY SETTLEMENT CONFERENCE SCHEDULING**

Plaintiff, Chicago Rabbinical Council, by its counsel, moves this Court for the entry of an order modifying the settlement conference scheduling. In support of its motion, plaintiff states as follows:

1. This matter was referred to this court for discovery supervision on the settlement conference.

2. On March 20, 2023, this Court entered a minute order requiring plaintiff to submit a demand letter to defendant by April 3, 2023, and defendant's response and offer would be due April 17, 2023.

3. Nathan H. Lichtenstein, lead counsel for plaintiff, will be out of the country March 28 through April 18, 2023.

4. Plaintiff respectfully requests that the schedule for submission of settlement demands and responses be modified to permit Plaintiff's demand letter to be submitted to defendant by April 24, 2023, and defendant's response and offer would be due April 27, 2023. Both letters would be submitted electronically to the Court no later than April 28, 2023.

5. Defendant's counsel, Bryan Haynes, has reviewed this motion and has no objection.

1

DATED: March 21, 2023   Respectfully submitted.

                                              CHICAGO RABBINICAL COUNCIL, INC., Plaintiff

                                              By: */s/ Nathan H. Lichtenstein*
                                                   Nathan H. Lichtenstein
                                                   Attorney for Plaintiff

Nathan H. Lichtenstein
nlichtenstein@agdglaw.com
Matthew De Preter
mdepreter@agdglaw.com
Aronberg Goldgehn
330 North Wabash Avenue - Suite 1700
Chicago, IL 60671-3586
Phone: 312.755.3148
Attorneys for Plaintiff,
  Chicago Rabbinical Council, Inc.

2