## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Chicago Rabbinical Council, Inc.
                                 Plaintiff,

v.                                         Case No.: 1:23−cv−00589
                                                                Honorable Edmond E. Chang

T.J. Blackburn Syrup Works, Inc.
                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 22, 2023:

       MINUTE entry before the Honorable Maria Valdez: Plaintiff's Unopposed Motion to Modify Settlement Conference Scheduling [15] is granted. Plaintiff now is to submit a demand letter to Defendant no later than 4/24/23, and Defendant must respond with an offer letter by 4/27/23. Both letters must comply with this Court's standing order and instructions governing settlement conferences and should be electronically submitted to the Court at Proposed_Order_Valdez@ilnd.uscourts.gov no later than 4/28/23. If after reviewing the letters the Court believes a settlement conference will be fruitful, the parties will be contacted with available dates. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.