IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CHICAGO RABBINICAL COUNCIL, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**T.J. BLACKBURN SYRUP WORKS, INC.,**<br><br>Defendant. | CIVIL ACTION NO. 1:23-cv-00589<br><br>Honorable Judge Edmond E. Chang<br><br>Magistrate Judge Hon. Maria Valdez |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Chicago Rabbinical Council, Inc. and Defendant T.J. Blackburn Syrup Works, Inc. file this Joint Motion to Dismiss with Prejudice and show as follows:

1. All matters of controversy between Plaintiff Chicago Rabbinical Council, Inc. ("**CRC**") and Defendant T.J. Blackburn Syrup Works, Inc. ("**TJB**") have been resolved by a written agreement dated as of June 8, 2023 (the "**Agreement**").

2. The Agreement requires CRC and TJB to dismiss this lawsuit and their respective claims with prejudice.

3. Accordingly, CRC and TJB jointly request that the Court dismiss this lawsuit and their respective claims against each other with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

For the foregoing reasons, Plaintiff Chicago Rabbinical Council, Inc. and

Defendant T.J. Blackburn Syrup Works, Inc. respectfully request that the Court grant this Joint Motion to Dismiss with Prejudice, enter an Order dismissing with prejudice this lawsuit and all claims and causes of action asserted by each of Plaintiff and Defendant, with each party bearing its own attorneys' fees and costs incurred, and afford Plaintiff and Defendant such other and further relief to which each is entitled.

/s/ *Nathan H. Lichtenstein*
**NATHAN H. LICHTENSTEIN**
Email: nlichtenstein@agdglaw.com
**ARONBERG GOLDGEHN**
225 West Washington Street – Ste. 2800
Phone: (312) 755-3148

**COUNSEL FOR PLAINTIFF,**
**CHICAGO RABBINICAL COUNCIL, INC.**

/s/ *Bryan Haynes*
**BRYAN HAYNES**
Email: bryan.haynes@solidcounsel.com
**SCHEEF & STONE, L.L.P.**
2600 Network Blvd., Ste. 400
Frisco, Texas 75034
Telephone: (214) 649-9511

**COUNSEL FOR DEFENDANT**
**T.J. BLACKBURN SYRUP WORKS, INC.**

### CERTIFICATE OF SERVICE

I certify that the foregoing pleading was served on all counsel of record on July 27, 2023, through the CM/ECF system.

/s/ *Nathan H. Lichtenstein*
Nathan H. Lichtenstein